JS-6

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation,<br>District Court Section<br>AARON GOLDSMITH<br>Senior Litigation Counsel<br>KATELYN MASETTA-ALVAREZ<br>Trial Attorney<br>United States Department of Justice<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 514-0120<br>Fax: (202) 305-7000<br>katelyn.masetta.alvarez@usdoj.gov<br>*Attorneys for Defendants* | JOSIE GONZALEZ<br>KATHLEEN L. GRZEGOREK<br>AMY LENHERT, CA Bar 227717<br>Stone Grzegorek & Gonzalez LLP<br>800 Wilshire Blvd., Suite 900<br>Los Angeles, CA 90017<br>Tel. (213) 627-8997<br>Fax (213) 627-8998<br>Email: amypl@sggimmigration.com<br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRUECAR, INC., *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>BARAN, *et al.*,<br><br>      Defendants. | Case No. CV 19-756-GW-AFMx<br><br>**ORDER** |

Because the instant case is now moot, the Court finds that dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure is proper. Thus, the claims asserted in this case are hereby dismissed without prejudice, and each party shall bear its own costs, expenses, and attorney's fees. IT IS SO ORDERED.

Dated: May 31, 2019

_____
HON. GEORGE H. WU,
United States District Judge